# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PALETERIA LA MICHOACANA, INC. and PALETERIA LA MICHOACANA, LLC,<br><br>    Plaintiffs,<br><br> v.<br><br>PRODUCTOS LACTEOS TOCUMBO S.A. DE C.V.,<br><br>    Defendant. | Case No.  11-cv-01623-RC |
| PRODUCTOS LACTEOS TOCUMBO S.A. DE C.V.,<br><br>    Counterclaimant,<br><br>v.<br><br>PALETERIA LA MICHOACANA, INC. and PALETERIA LA MICHOACANA, LLC,<br><br>    Counterclaim-Defendants. | |

## STIPULATION AND [PROPOSED] ORDER RE SCHEDULING ORDER

WHEREAS, on February 29, 2012, the Honorable Richard W. Roberts entered a Scheduling Order in Case No. 11-cv-01623.  (Dkt. No. 27.)

WHEREAS, on April 12, 2012, Case No. 11-cv-01623 was reassigned to the Honorable Rudolph Contreras.

WHEREAS, the parties, through their undersigned counsel, have conferred and believe that good cause exists for a three-month extension of the currently-unexpired case management deadlines because:

sf-3204593

- 2 -

(1) Lead counsel for Plaintiffs and Counterclaim-Defendants Paleteria La Michoacana, Inc. and Paleteria La Michoacana, LLC ("PLM") was recently diagnosed with a serious medical condition, which will require significant medical treatment in the upcoming months, and which has interfered and will continue to interfere with counsel's ability to meet the current deadlines. If the Court requires additional information regarding this issue, Plaintiffs' counsel requests that it be provided *in camera*.

(2) The pleadings are not yet settled. Defendant Productos Lacteos Tocumbo S.A. de C.V. has filed a motion to strike PLM's affirmative defenses from the Second Amended Complaint, which has not yet been ruled upon by the Court. (Dkt. No. 43.)

- 3 -

IT IS HEREBY STIPULATED, subject to the Court's approval, by and between the parties, through their respective counsel of record, that the following case-management deadlines be reset as follows:

|  | **Original Deadline** | **New Deadline** |
|---|---|---|
| **Proponent's expert witness designations** | 11/08/2012 | 02/08/2013 |
| **Opponent's expert witness designations** | 12/10/2012 | 03/11/2013 |
| **All discovery closed** | 01/07/2013 | 04/08/2013 |
| **Joint status report and proposed order** | 02/06/2013 | 05/06/2013 |

IT IS SO STIPULATED.

Dated: October 11, 2012           By:     /s/ Rosemary S. Tarlton
                                          Rosemary S. Tarlton (*Pro Hac Vice*)
                                          MORRISON & FOERSTER LLP
                                          425 Market Street
                                          San Francisco, California  94105-2482
                                          Telephone: 415.268.7000
                                          Facsimile: 415.268.7522

                                          *Attorney for Plaintiffs/Counterclaim-Defendants*
                                          PALETERIA LA MICHOACANA, INC.
                                          PALETERIA LA MICHOACANA, LLC


Dated: October 11, 2012           By:     /s/ Stephen L. Anderson
                                          Stephen L. Anderson (*Pro Hac Vice*)
                                          ANDERSON & ASSOCIATES
                                          27247 Madison Avenue, Suite 121
                                          Temecula, CA 92590
                                          Telephone: (951) 296-1700
                                          Fascimile: (951) 296-2456

                                          *Attorney for Defendant/Counterclaimant*
                                          PRODUCTOS LACTEOS TOCUMBO S.A. DE. C.V.

IT IS SO ORDERED.

Dated: _____ _____
THE HONORABLE RUDOLPH CONTRERAS
United States District Judge

sf-3204593