**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

| | |
|---|---|
| PALETERIA LA MICHOACANA, INC., a California Corporation; PALETERIA LA MICHOACANA, LLC, a California Limited Liability Company, <br><br> Plaintiffs, <br><br> v. <br><br> PRODUCTOS LACTEOS TOCUMBO S.A. DE C.V., a Mexican corporation, <br><br> Defendant. <br><br> ───────────── <br><br> AND RELATED CROSS ACTION. | Case No. 1:11-CV-01623(RC) |

## PLAINTIFFS' MOTION FOR LEAVE TO CORRECT CASE CAPTION

Pursuant to Federal Rule of Civil Procedure 15, Plaintiffs Paleteria La Michoacana, Inc. and Paleteria La Michoacana, LLC ("PLM") hereby request leave to correct the case caption to change the name of Plaintiff and Counter-Defendant Paleteria La Michoacana, LLC to Paleteria La Michoacana (Sub), Inc. In support of this Motion, PLM respectfully refers the Court to the accompanying Memorandum of Points and Authorities. A proposed order is attached.

Pursuant to Local Rule 7(m), on June 9, 2015, counsel for PLM and counsel for PROLACTO met and conferred by telephone in connection to this motion and were not able to narrow the areas of disagreement. Counsel for PROLACTO indicated that PROLACTO intended to oppose this motion.

PLAINTIFFS' MOTION FOR LEAVE TO
CORRECT CASE CAPTION

-2-

Dated:  June 11, 2015                          Respectfully submitted:

SHEPPARD MULLIN RICHTER &           SHEPPARD MULLIN RICHTER &
        HAMPTON LLP                                 HAMPTON LLP


By:    */s/ Laura L. Chapman*              By:  */s/Karin H. Johnson*
    Laura L. Chapman  (admitted *pro hac vice)*       Karin H. Johnson (D.C. Bar No. 984280)

    Attorneys for Plaintiffs & Cross-Defendants    Attorneys for Plaintiffs & Cross-Defendants
    PALETERIA LA MICHOACANA, INC. &     PALETERIA LA MICHOACANA, INC. &
    PALETERIA LA MICHOACANA, LLC        PALETERIA LA MICHOACANA, LLC

    Four Embarcadero Center, 17th Floor       2099 Pennsylvania Ave., N.W. Suite 100
    San Francisco, CA 94111                   Washington, DC 200006-6801
    T:  415-434-9100                          T:  202-747-1900
    F:  415-434-3947                          F:  202-747-1901
    E:  LChapman@sheppardmullin.com           E:  KJohnson@sheppardmullin.com

PLAINTIFFS' MOTION FOR LEAVE TO
                                                   CORRECT CASE CAPTION

PALETERIA LA MICHOACANA, INC.,
  a California Corporation;
PALETERIA LA MICHOACANA, LLC,
  a California Limited Liability Company,

        Plaintiffs,

v.

PRODUCTOS LACTEOS TOCUMBO S.A.
DE C.V., a Mexican corporation,

        Defendant.

_____

AND RELATED CROSS ACTION.

Case No. 1:11-CV-01623(RC)

## PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR LEAVE TO CORRECT CASE CAPTION

-1-

Plaintiffs Paleteria La Michoacana, Inc. and Paleteria La Michoacana, LLC ("PLM"), pursuant to Federal Rule of Civil Procedure ("Rule") 15, respectfully request that the Court correct the case caption in this action, replacing Paleteria La Michoacana, LLC with Paleteria La Michoacana (Sub), Inc.  This is a ministerial change that does not add additional parties or claims, alter any issues or proof, or in any way prejudice Defendant Productos Lacteos Tocumbo, S.A. de C.V. ("PROLACTO").

## I.    FACTS

### A.  Paleteria La Michoacana (Sub), Inc. Owns the Trademarks at Issue and Is Thus a Proper Party to This Action

As explained by PLM in the Joint Status Report submitted on December 9, 2013 (Dkt. 105), Paleteria La Michoacana, LLC ("PLM, LLC") was converted on July 22, 2013 to Paleteria La Michoacana (Sub), Inc.  ("PLM (Sub), Inc.").[1]  The conversion was a statutory conversion that changed the form of the entity from a limited liability company to a corporation, which, for all relevant purposes in this case, is equivalent to a name change.[2]

Pursuant to California Corporations Code section 17540.9, by law, PLM, LLC and PLM (Sub), Inc. are the same entity; *i.e.*, no new entity has been formed, and no equity, assets, or liabilities were transferred in connection with this conversion.  *See* Corporations Code § 1158 (part of the General Corporation Law); and California's LLC Act: Corporations Code § 17710.09 ("an entity that converts into another entity pursuant to this article is for all purposes the same entity that existed before the conversion"; and further noting that all liabilities, assets, and so forth remain with and are owned by the converted entity).

---

[1] True and correct printouts of the California Secretary of State's website reflecting the conversion are attached hereto as Exhibit 1.

[2] The change has certain tax consequences that do not affect this action.

-1-

PLAINTIFFS' MEMORANDUM OF POINTS<br>AND AUTHORITIES IN SUPPORT OF ITS<br>MOTION FOR LEAVE TO CORRECT CASE<br>CAPTION

PLM (Sub), Inc. is the owner of the three marks at issue in this action, namely Registration Numbers 3210304, 2905172, and 2968652.  True and correct copies of the United States Patent & Trademark Office ("USPTO") website reflecting these registrations as owned by PLM (Sub), Inc. are attached hereto as Exhibit 2.  Reg. No. 3210304 is at issue in PLM's Claim Count 1 for the Court to deny PROLACTO's request to cancel PLM's registration.  Reg. Nos. 3210304, 2905172, and 2968652 are all at issue in PROLACTO's remaining Counter-Claim Count 2 for trademark infringement, unfair competition and related claims.

### B. PLM's Efforts to Educate PROLACTO of the Need to Correct the Case Caption

PLM's counsel previously provided PROLACTO's counsel with PLM (Sub), Inc.'s Articles of Incorporation (with statement of conversion), Member Resolution (to convert), Plan of Conversion, Certificate of Incorporator, and Action by Written Consent of the Board.  *See* Dkt. 105 at p. 2.  These documents demonstrate that PLM (Sub), Inc. is the same entity that was formerly PLM, LLC and that Paleteria La Michoacana, Inc., which was the sole member of PLM, LLC, thereby became the sole shareholder of PLM (Sub), Inc.

Given these facts, PLM initially proposed in the December 9, 2013 Joint Status Report (Dkt. 105) that going forward, PLM would use PLM (Sub), Inc. instead of PLM, LLC on the pleadings, and PLM stated that it would not object to PROLACTO amending its counterclaims to identify PLM (Sub), Inc. instead of PLM, LLC.  *See* Dkt. 105 at p. 3.  PROLACTO disagreed and sought to continue PLM's 30(b)(6) deposition.  *See* Dkt. 105 at p. 7.  PLM then proposed answering ten interrogatories on the subject.  *See* Dkt. 105 at p. 8.

In a December 11, 2013 Minute Order, this Court denied PROLACTO's request for further deposition and allowed PROLACTO to serve ten additional interrogatories on PLM.

PLAINTIFFS' MEMORANDUM OF POINTS
AND AUTHORITIES IN SUPPORT OF ITS
MOTION FOR LEAVE TO CORRECT CASE
CAPTION

On January 17, 2014, PROLACTO propounded ten additional interrogatories.[3]  PLM's interrogatory responses were verified by Ignacio Gutierrez, who, at the time, was the President of PLM (Sub), Inc. and President and CEO of Paleteria La Michoacana, Inc.  PLM's responses explain that the conversion is essentially a name change for purposes of this action.  *See, e.g.*, Response Nos. 24-25 (no change to ownership of debts and assets); Response No. 27 (corporate documents demonstrate that PLM (Sub), Inc. is the same entity that previously was PLM, LLC).

## II.    Argument

### A.  The Court Should Grant PLM's Motion Because Justice So Requires

The Court should grant PLM leave to correct the case caption to list PLM (Sub), Inc. as a Plaintiff and Counter-Defendant instead of PLM, LLC.  Under Rule 15, amendments to the pleadings may be made with the other party's written consent or with leave of court.  Rule 15 permits motions to amend or correct a case caption to reflect the correct names.  *See Dorchester Fin. Sec., Inc. v. Banco BRJ, S.A.*, 2014 WL 684831, at \*4 (S.D.N.Y. Feb. 21, 2014) (allowing plaintiff to amend caption under Rule 15 to reflect correct name of plaintiff).  Even if a party opposes an amendment, the Court should give leave "freely" "when justice so requires."  Fed. R. Civ. P. 15(a)(2).  Rule 15(c) further allows for the relation of amendments back to the date of the original pleading where the amendment changes a party name.  *See also* Advisory Committee Notes to 1966 Amendment.

Courts freely permit parties to correct misnomers in either plaintiffs' or defendants' names.  *See, e.g.*, *Reyna v Flashtax, Inc.*, 162 F.R.D. 530, 533 (S.D. Tex. 1995) (plaintiff that sued under trade name permitted to correct a misnomer by substituting the name of individual

---

[3] A true and correct copy of PLM's February 6, 2014 responses to those interrogatories are attached hereto as Exhibit 3.

PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR LEAVE TO CORRECT CASE CAPTION

who owned the company; amendment 'relates back' to the date of filing if: (1) the amended complaint arises out of the same conduct, transaction, or occurrence set forth in the original proceeding; (2) there is a sufficient identity of interests between the new plaintiff and the old plaintiff, so as to give fair notice to the defendants; and (3) there is an absence of undue prejudice).

Here, the change in the case caption is ministerial. The requested correction is not substantive. It does not alter any issues of proof. The amendment relates back to September 8, 2011, the date PLM filed its original complaint, because the exact same conduct is at issue and there is sufficient identity of interests between PLM, LLC and PLM (Sub), Inc.

The fact that PLM (Sub), Inc. owns the three marks at issue in this action, is the party-in-interest with regard to these three marks and is the party that would be bound to a judgment in this action further supports granting PLM's motion to correct the case caption. There is no question of any prejudice to PROLACTO. PLM, LLC no longer exists and was converted to PLM (Sub), Inc. PLM merely wishes to correct the case caption to reflect this change.

### B.  There Is No Basis for PROLACTO to Oppose PLM's Motion

During the meet and confer on June 9, 2015, counsel for PROLACTO stated that he would oppose this motion based on a "Supplement to Patent and Trademark Security Agreement" ("Supplement Agreement") dated December 15, 2014 between PLM (Sub), Inc. and FCC, LLC d/b/a First Capital Western Region, LLC (which is on file with the USPTO).[4] The Supplement Agreement was executed in consideration of a credit facility. Counsel for

---

[4] A true and correct copy of the Supplement Agreement obtained from the USPTO website is attached hereto as Exhibit 4.

-4-

PLAINTIFFS' MEMORANDUM OF POINTS
AND AUTHORITIES IN SUPPORT OF ITS
MOTION FOR LEAVE TO CORRECT CASE
CAPTION

PROLACTO pointed out that the Supplement Agreement grants a security interest in the following marks set forth below, only a subset of all of the marks owned by PLM (Sub), Inc.

| NO. | Mark | Application Serial No. |
| --- | --- | --- |
| 1. | MARI ROSA FRUIT BARS + | 86277947 |
| 2. | MARI ROSA FRUIT BARS + | 86365672 |
| 3. | LA MICHOACANA + | 86453565 |
| 4. | LA MICHOACANA + | 86453553 |
| 5. | | 86453534 |
| 6. | | 86453485 |

-5-

PROLACTO's statement is correct, but entirely immaterial for the purpose of this motion.

As its name suggests, the Supplement Agreement is a supplement to an earlier agreement dated May 7, 2014—the "Patent and Trademark Security Agreement" ("IP Security Agreement") entered into by the same parties, PLM (Sub), Inc. and FCC, LLC (also on file with the USPTO).[5] The IP Security Agreement lists other marks owned by PLM (Sub), Inc. and are set forth below.

| NO. | Mark | Registration / Application Serial No. |
|---|---|---|
| 1. | MINI JUICYCREAMS + | 4481570 |
| 2. | E-NORMUS (words only) | 4061180 |
| 3. | LA INDITA MICHOACANA + | 3210304 |
| 4. | DOMINGUERA (words only) | 3121493 |
| 5. | | 2905172 |
| 6. | | 2968652 |
| 7. | COOLSTIX (words only) | 86159729 |
| 8. | MEXICOLD FRUIT BARS + | 86156963 |

---

[5] A true and correct copy of the IP Security Agreement obtained from the USPTO website is attached hereto as Exhibit 5.

| 9. | SOUR CHILLS (words only) | 86157010 |
|---|---|---|
| 10. | MARI-ROSA FRUIT BARS + | 86159738 |
| 11. | MEXIPINK FRUIT BARS + | 86156986 |
| 12. | LA INDITA MEXICANA + | 85436657 |
| 13. | LA INDITA MICHOACANA + | 85393112 |
| 14. | LA INDITA (words only) | 85378387 |
| 15. | LA INDITA MICHOACANA + | 85341601 |
| 16. | LA MICHOACANA ES NATURAL + | 77451471 |

-7-

PLAINTIFFS' MEMORANDUM OF POINTS
AND AUTHORITIES IN SUPPORT OF ITS
MOTION FOR LEAVE TO CORRECT CASE
CAPTION

Together with the six trademark applications listed in the Supplement Agreement set forth above, these constitute the twenty-two (22) trademark applications and registrations listed on the USPTO website as owned by PLM (Sub), Inc.  Furthermore, the fact that PLM (Sub), Inc. is the party to both the IP Security Agreement and the Supplement Agreement further proves that PLM (Sub), Inc. is the proper plaintiff here and shows the need to correct the case caption to replace PLM LLC (an entity that no longer exists) with PLM (Sub), Inc.

## III.    Conclusion

For the reasons discussed above, PLM respectfully requests that this Court grant PLM's Motion to change the case caption to replace Paleteria La Michoacana, LLC with Paleteria La Michoacana (Sub), Inc.  PLM will not oppose or object to PROLACTO so changing the caption on any of its pleadings.


Dated:  June 11, 2015                                        Respectfully submitted:

|  SHEPPARD MULLIN RICHTER & HAMPTON LLP | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
|---|---|
| By:    */s/ Laura L. Chapman* | By:  */s/ Karin H. Johnson* |
| Laura L. Chapman  (admitted *pro hac vice)* | Karin H. Johnson (D.C. Bar No. 984280) |
| Attorneys for Plaintiffs & Cross-Defendants PALETERIA LA MICHOACANA, INC. & PALETERIA LA MICHOACANA, LLC | Attorneys for Plaintiffs & Cross-Defendants PALETERIA LA MICHOACANA, INC. & PALETERIA LA MICHOACANA, LLC |
| Four Embarcadero Center, 17th Floor San Francisco, CA 94111 T:  415-434-9100 F:  415-434-3947 E:  LChapman@sheppardmullin.com | 2099 Pennsylvania Ave., N.W. Suite 100 Washington, DC 200006-6801 T:  202-747-1900 F:  202-747-1901 E:  KJohnson@sheppardmullin.com |

PLAINTIFFS' MEMORANDUM OF POINTS
AND AUTHORITIES IN SUPPORT OF ITS
MOTION FOR LEAVE TO CORRECT CASE
CAPTION

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2015, I caused a true and correct copy of the foregoing

**PLAINTIFFS' MOTION FOR LEAVE TO CORRECT CASE CAPTION; PLAINTIFFS'**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO**

**CORRECT CASE CAPTION;** and **PROPOSED ORDER** to be electronically filed with the

Clerk of the District Court using the CM/ECF system, which sent notifications of such filings to

all counsel of record.


Dated:  June 11, 2015                    Respectfully submitted:

| | |
|---|---|
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| By:   */s/ Laura L. Chapman* | By:  */s/Karin H. Johnson* |
| Laura L. Chapman  (admitted *pro hac vice)* | Karin H. Johnson (D.C. Bar No. 984280) |
| Attorneys for Plaintiffs & Cross-Defendants PALETERIA LA MICHOACANA, INC. & PALETERIA LA MICHOACANA, LLC | Attorneys for Plaintiffs & Cross-Defendants PALETERIA LA MICHOACANA, INC. & PALETERIA LA MICHOACANA, LLC |
| Four Embarcadero Center, 17th Floor San Francisco, CA 94111 T:  415-434-9100 F:  415-434-3947 E:  LChapman@sheppardmullin.com | 2099 Pennsylvania Ave., N.W. Suite 100 Washington, DC 200006-6801 T:  202-747-1900 F:  202-747-1901 E:  KJohnson@sheppardmullin.com |

PLAINTIFFS' MEMORANDUM OF P OINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR LEAVE TO CORRECT CASE CAPTION